| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Marrero, Victor | U.S. District Court, S.D.N.Y. | 06/17/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U.S. District Court, SDNY
500 Pearl Street
New York, New York 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | New York Public Library |
| 2. Trustee | American Museaum of Natural History |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/17/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Federal Employees Retirement System-vested pension | $11,424.00 |
| 2. | 2018 | Verizon-vested pension | $13,500.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | salary, Bloomberg, LP |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/17/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMORGAN CHASE MONEY MARKET and CHECKING ACCOUNTS | B | Interest | M | T | | | | | |
| 2. | | | | | | | | | |
| 3. FIDELITY NY MUN. INC. FD. | C | Dividend | M | T | Buy (add'l) | 04/12/18 | M | | |
| 4. | | | | | Buy (add'l) | 04/17/18 | O | | |
| 5. | | | | | Sold (part) | 04/19/18 | O | A | |
| 6. | | | | | | | | | |
| 7. FIDELITY ROLLOVER IRA: (See Lines 8 through 86) | | | | | | | | | |
| 8. Strategic Advs. Value Fund | D | Dividend | L | T | Sold (part) | 01/30/18 | J | C | |
| 9. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 10. | | | | | Sold (part) | 04/12/18 | J | C | |
| 11. | | | | | Sold (part) | 07/30/18 | J | B | |
| 12. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 13. Strategic Advs. Small Mid-Cap Fd | D | Dividend | L | T | Sold (part) | 01/04/18 | J | C | |
| 14. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 15. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 16. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 17. Strategic Advs. International Fund | D | Dividend | M | T | Sold (part) | 01/18/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 19. | | | | | Sold (part) | 03/08/18 | J | A | |
| 20. | | | | | Sold (part) | 04/12/18 | J | A | |
| 21. | | | | | Sold (part) | 06/27/18 | J | A | |
| 22. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 23. | | | | | Sold (part) | 10/30/18 | J | A | |
| 24. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 25. Strategic Advs. Core Fund | E | Dividend | M | T | Sold (part) | 01/18/18 | J | A | |
| 26. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 27. | | | | | Sold (part) | 03/08/18 | J | A | |
| 28. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 29. | | | | | Sold (part) | 04/12/18 | J | A | |
| 30. | | | | | Sold (part) | 06/27/18 | J | B | |
| 31. | | | | | Sold (part) | 09/06/18 | J | B | |
| 32. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 33. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 34. | | | | | Buy (add'l) | 12/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Strategic Advs. Growth Fund | D | Dividend | L | T | Sold (part) | 01/18/18 | J | C | |
| 36. | | | | | Sold (part) | 03/27/18 | J | B | |
| 37. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 38. | | | | | Sold (part) | 04/12/18 | J | C | |
| 39. | | | | | Sold (part) | 06/27/18 | J | A | |
| 40. | | | | | Sold (part) | 09/06/18 | J | A | |
| 41. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 42. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 43. Strategic Advs. Emerging Markets | A | Dividend | K | T | Sold (part) | 01/18/18 | J | A | |
| 44. Strategic Advs. Core Income Fund | E | Dividend | O | T | Buy (add'l) | 01/18/18 | K | | |
| 45. | | | | | Sold (part) | 02/13/18 | J | C | |
| 46. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 47. | | | | | Sold (part) | 04/04/18 | J | A | |
| 48. | | | | | Buy (add'l) | 04/12/18 | K | | |
| 49. | | | | | Sold (part) | 05/30/18 | J | B | |
| 50. | | | | | Buy (add'l) | 06/27/18 | J | | |
| 51. | | | | | Buy (add'l) | 09/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 10/17/18 | K | A | |
| 53. | | | | | Sold (part) | 12/13/18 | J | A | |
| 54. | | | | | Sold (part) | 12/28/18 | J | A | |
| 55. Strategic Advs. Income Opportunities | B | Dividend | K | T | Sold (part) | 06/27/18 | J | C | |
| 56. | | | | | Sold (part) | 12/13/18 | J | A | |
| 57. Fidelity Gov't Cash Reserves | A | Interest | J | T | | | | | |
| 58. FIMM Gov't Portfolio Inst Cl | A | Dividend | J | T | Sold (part) | 02/12/18 | J | A | |
| 59. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 60. | | | | | Sold (part) | 05/14/18 | J | A | |
| 61. | | | | | Buy (add'l) | 06/27/18 | J | | |
| 62. | | | | | Sold (part) | 06/27/18 | J | A | |
| 63. | | | | | Sold (part) | 09/06/18 | J | A | |
| 64. | | | | | Sold (part) | 09/24/18 | J | A | |
| 65. | | | | | Sold (part) | 11/13/18 | J | A | |
| 66. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 67. Strategic Advs. Short Duration Fund | C | Dividend | M | T | Buy (add'l) | 01/18/18 | J | | |
| 68. | | | | | Sold (part) | 02/13/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/29/18 | J | A | |
| 70. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 71. | | | | | Sold (part) | 09/27/18 | J | A | |
| 72. | | | | | Sold (part) | 10/27/18 | J | A | |
| 73. | | | | | Sold (part) | 12/13/18 | J | A | |
| 74. | | | | | Sold (part) | 12/28/18 | J | A | |
| 75. Fidelity SAI U.S. Large Cap. Index | A | Dividend | K | T | Sold (part) | 11/28/18 | J | B | |
| 76. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 77. Fidelity SAI Int'l Index | A | Dividend | K | T | Buy (add'l) | 06/27/18 | J | | |
| 78. Fidelity SAI Emerg Mkts Index | A | Dividend | J | T | Sold (part) | 02/27/18 | J | B | |
| 79. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 80. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 81. | | | | | Sold (part) | 12/13/18 | J | A | |
| 82. AQR Managed Futures Fund | A | Dividend | J | T | | | | | |
| 83. AQR Equity Mkt Neutral Fd | A | Dividend | J | T | | | | | |
| 84. ASG Managed Futures Strat. Fd | A | Dividend | J | T | | | | | |
| 85. Eaton Vance Global Macro | A | Dividend | J | T | Buy (add'l) | 02/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pimco Commodity Real Retrn Inst | A | Dividend | J | T | | | | | |
| 87. | | | | | | | | | |
| 88. BLOOMBERG LP. 401(K) PLAN. (See Lines 89 through 96 | | | | | | | | | |
| 89. LifePath Index 2025 NL-G | A | Dividend | L | T | Buy (add'l) | 03/31/18 | J | | |
| 90. | | | | | Buy (add'l) | 06/30/18 | J | | |
| 91. | | | | | Buy (add'l) | 09/30/18 | J | | |
| 92. | | | | | Buy (add'l) | 12/29/18 | J | | |
| 93. Fidelity Contrafund | A | Dividend | L | T | Buy (add'l) | 03/31/18 | J | | |
| 94. | | | | | Buy (add'l) | 06/30/18 | J | | |
| 95. | | | | | Buy (add'l) | 09/30/18 | J | | |
| 96. | | | | | Buy (add'l) | 12/29/18 | J | | |
| 97. | | | | | | | | | |
| 98. FIDELITY SEP IRA: (See Lines 99 through 151) | | | | | | | | | |
| 99. Strategic Advs. Value Fund | B | Dividend | K | T | Sold (part) | 01/18/18 | J | A | |
| 100. | | | | | Sold (part) | 04/12/18 | J | A | |
| 101. | | | | | Sold (part) | 09/06/18 | J | A | |
| 102. | | | | | Buy (add'l) | 12/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Strategic Advs. Small-Mid Cap Fd | B | Dividend | J | T | Buy (add'l) | 04/12/18 | J | | |
| 104. | | | | | Sold (part) | 09/06/18 | J | A | |
| 105. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 106. Strategic Advs. International Fund | B | Dividend | K | T | Sold (part) | 01/18/18 | J | A | |
| 107. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 108. | | | | | Sold (part) | 04/12/18 | J | A | |
| 109. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 110. Strategic Advs. Core Fund | C | Dividend | K | T | Sold (part) | 01/18/18 | J | A | |
| 111. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 112. | | | | | Sold (part) | 03/08/18 | J | A | |
| 113. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 114. | | | | | Sold (part) | 06/27/18 | J | A | |
| 115. | | | | | Sold (part) | 09/06/18 | J | A | |
| 116. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 117. Strategic Advs. Growth Fund | C | Dividend | K | T | Sold (part) | 03/08/18 | J | A | |
| 118. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 119. | | | | | Sold (part) | 04/12/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 06/27/18 | J | A | |
| 121. | | | | | Sold (part) | 09/06/18 | J | A | |
| 122. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 123. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 124. Strategic Advs. Emerging Markets | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 125. Strategic Advs. Core Income Fund | C | Dividend | L | T | Buy (add'l) | 01/18/18 | J | | |
| 126. | | | | | Sold (part) | 02/13/18 | J | A | |
| 127. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 128. | | | | | Sold (part) | 04/04/18 | J | A | |
| 129. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 130. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 131. | | | | | Buy (add'l) | 06/27/18 | J | | |
| 132. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 133. | | | | | Sold (part) | 10/17/18 | J | A | |
| 134. | | | | | Sold (part) | 12/13/18 | J | A | |
| 135. | | | | | Sold (part) | 12/28/18 | J | A | |
| 136. Strategic Advs. Income Opportunities Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Strategic Advs. Short Duration Fund | A | Dividend | K | T | Sold (part) | 03/08/18 | J | A | |
| 138. | | | | | Sold (part) | 04/12/18 | J | A | |
| 139. | | | | | Sold (part) | 06/27/18 | J | A | |
| 140. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 141. | | | | | Sold (part) | 10/17/18 | J | A | |
| 142. Pimco Commodity Real Return Inst. | A | Dividend | J | T | | | | | |
| 143. FIMM Gov't Port Inst CL | A | Dividend | J | T | Buy (add'l) | 12/13/18 | J | | |
| 144. Fidelity Gov't Cash Reserves | A | Interest | J | T | | | | | |
| 145. Fidelity SAI U.S. Large Cap. Index | A | Dividend | J | T | | | | | |
| 146. Fidelity SAI Emerg. Mkts Index | A | Dividend | J | T | Sold (part) | 12/13/18 | J | A | |
| 147. Fidelity SAI Internat'l Index | A | Dividend | J | T | Buy (add'l) | 06/27/18 | J | | |
| 148. AQR Multi Strgy Altern. Class | A | Dividend | J | T | | | | | |
| 149. AQR Managed Futures Fund CC | A | Dividend | J | T | | | | | |
| 150. Eaton Vance Global Macro Abslte Rt Cl I | A | Dividend | | | Sold | 04/12/18 | J | A | |
| 151. Eaton Vance Global Macro Absolute Rtrn Adv I | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 152. | | | | | | | | | |
| 153. FIDELITY ROLLOVER IRA: (See Lines 154 through 198) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Strategic Advs. Value Fund | B | Dividend | K | T | | | | | |
| 155. Strategic Advs. Small-Mid Cap Fund | B | Dividend | K | T | Buy (add'l) | 04/12/18 | J | | |
| 156. Strategic Advs. International Fund | B | Dividend | K | T | Sold (part) | 01/18/18 | J | A | |
| 157. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 158. | | | | | Sold (part) | 03/08/18 | J | A | |
| 159. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 160. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 161. Strategic Advs. Core Fund | C | Dividend | L | T | Buy (add'l) | 04/04/18 | J | | |
| 162. | | | | | Sold (part) | 04/12/18 | J | A | |
| 163. | | | | | Sold (part) | 06/27/18 | J | A | |
| 164. | | | | | Sold (part) | 09/06/18 | J | A | |
| 165. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 166. Strategic Advs. Growth Fund | C | Dividend | K | T | Sold (part) | 01/18/18 | J | A | |
| 167. | | | | | Sold (part) | 09/06/18 | J | A | |
| 168. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 169. | | | | | Sold (part) | 12/13/18 | J | A | |
| 170. Strategic Advs. Emerging Markets | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Strategic Advs. Short Duration Fund | A | Dividend | K | T | Sold (part) | 03/08/18 | J | A | |
| 172. | | | | | Sold (part) | 04/12/18 | J | A | |
| 173. | | | | | Sold (part) | 06/27/18 | J | A | |
| 174. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 175. | | | | | Sold (part) | 10/17/18 | J | A | |
| 176. Strategic Advs. Core Income Fund | C | Dividend | M | T | Buy (add'l) | 01/18/18 | J | | |
| 177. | | | | | Sold (part) | 02/13/18 | J | A | |
| 178. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 179. | | | | | Sold (part) | 04/04/18 | J | A | |
| 180. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 181. | | | | | Buy (add'l) | 06/27/18 | J | | |
| 182. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 183. | | | | | Sold (part) | 10/17/18 | J | | |
| 184. | | | | | Sold (part) | 12/13/18 | J | A | |
| 185. | | | | | Sold (part) | 12/28/18 | J | A | |
| 186. Strategic Advs. Income Opportunities Fd | A | Dividend | J | T | | | | | |
| 187. Fidelity Gov't Cash Reserves | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. FIMM Gov't Portfolio Inst. Cl | A | Dividend | J | T | Buy (add'l) | 12/13/18 | J | | |
| 189. Fidelity SAI U.S. Large Cap Index | A | Dividend | J | T | | | | | |
| 190. Fidelity SAI Internat'l Index | A | Dividend | J | T | | | | | |
| 191. Fidelity SAI Emerg. Mkts. Index | A | Dividend | J | T | | | | | |
| 192. AQR Multi Strgy Alternative Class N | A | Dividend | J | T | | | | | |
| 193. AQR Managed Futures Fund Cl | A | Dividend | J | T | | | | | |
| 194. Eaton Vance Global Macro Abslte Rt Cl | A | Dividend | | | Sold | 04/12/18 | J | A | |
| 195. Eaton Vance Gl Macro Absolute Rtrn Adv I | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 196. Pimco Commodity Real Retrn Inst. | A | Dividend | J | T | | | | | |
| 197. | | | | | | | | | |
| 198. FIDELITY JOINT MUTUAL FUND (See Lines 199 through 203) | | | | | | | | | |
| 199. Fidelity New Markets Income | D | Dividend | J | T | Sold (part) | 04/19/18 | L | B | |
| 200. Fidelity Floating Rate High Income | C | Dividend | J | T | Sold (part) | 04/19/18 | L | B | |
| 201. Fidelity High Income | C | Dividend | J | T | Sold (part) | 04/19/18 | L | B | |
| 202. Fidelity Global High Income | C | Dividend | J | T | Sold (part) | 04/19/18 | L | B | |
| 203. Fidelity Gov't Money Market | A | Dividend | K | T | Buy | 04/06/18 | K | | |
| 204. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/17/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. FIDELITY DEFERRED ANNUITY (see Lines 206 through 212) | | | | | | | | | |
| 206. Fidelity VIP Govt Money Market | A | Dividend | N | T | Buy | 04/19/18 | O | | |
| 207. | | | | | Sold (part) | 07/20/18 | O | A | |
| 208. | | | | | Sold (part) | 10/05/18 | L | A | |
| 209. Fidelity VIP Strategic Income | A | Dividend | M | T | Buy | 07/20/18 | M | | |
| 210. Morgan Stanley Emerg Mkt Debt | A | Dividend | L | T | Buy | 07/20/18 | L | | |
| 211. Fidelity VIP Floating Rt High Inc. | A | Dividend | N | T | Buy | 07/20/18 | L | | |
| 212. | | | | | Buy (add'l) | 10/05/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Please note that lines 7, 88, 98, 153, 198 and 205 are headers, as indicated by the notation identifying the specific lines following immediately below the header which are included within it.

In Part I, Positions, I listed the American Museum of Natural History, of which I have served on the Board of Trustees since 2014. Inadvertently, I omitted to list this membership in prior reports.

In Part III.A., Non-Investment Income, I have reported income from two vested pensions which I inadvertently omitted to list in prior reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Victor Marrero**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544